```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION


JACKIE CURTIS HAYNES,            :

     Petitioner,                 :

v.                               :     CIVIL ACTION 06-0273-BH-M

RALPH HOOKS,                     :

     Respondent.                 :
```

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be DISMISSED.

**DONE** this 30th day of August, 2006.

                                                                    s/ W. B. Hand  
                                                    SENIOR DISTRICT JUDGE